No. 438. GULF COMPRESS COMPANY ET AL. *v.* MERCHANTS COTTON PRESS & STORAGE COMPANY. October 11, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Thomas A. Evans* and *Mr. M. G. Evans* for petitioners. *Mr. William P. Metcalf* and *Mr. C. W. Metcalf* for respondent.

No. 447. EUGENE W. MENTE *v.* MARK EISNER, COLLECTOR OF INTERNAL REVENUE, ETC. October 11, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Frederic H. Cowden* for petitioner. *The Solicitor General* for respondent.

No. 455. ROSS LUMBER COMPANY *v.* HUGHES LUMBER COMPANY. October 11, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. John E. Hall, Mr. Warren Grice* and *Mr. Charles J. Bloch* for petitioner. *Mr. Edward de Graffenried* for respondent.

No. 456. EMPIRE GAS & FUEL COMPANY *v.* JOHN G. WETSEL ET AL. October 11, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. T. F. Garver* and *Mr. H. O. Caster* for petitioner. No appearance for respondents.